DISMISS; Opinion issued January 23, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---
### No. 05-12-00483-CV
---

# DONALD & CHARLOTTE HENDERSON AND ALL OCCUPANTS, Appellants
## V.
# FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-01372-D

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore and Evans
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. On September 24, 2012, we granted appellants' motion for extension of time to file their brief, making appellants' brief due on or before November 8, 2012. By letter dated November 13, 2012, we notified appellants the time for filing their brief had expired. We directed appellants to file their brief and an extension motion within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal. To date, appellants have not filed their brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(1), 42.3(c).

ROBERT M. FILLMORE
JUSTICE

120483F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Donald & Charlotte Henderson and all
occupants, Appellants

No. 05-12-00483-CV          V.

Federal National Mortgage Association a/k/a
Fannie Mae, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-01372-D.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Federal National Mortgage Association a/k/a Fannie Mae
recover its costs of this appeal from appellants Donald & Charlotte Henderson and all occupants.


Judgment entered this 23rd day of January, 2013.


ROBERT M. FILLMORE
JUSTICE